In the Matter of the Compulsory Accounting of Anthony Bartoli, as Executor of Sarafina Bartoli, Deceased, Appellant. Eleanor B. Limata, Respondent; Eugene Bartoli, Appellant.— Motion for resettlement granted. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *ante*, pp. 657, 744.]

## (February 17, 1953.)

Max Eisenberg, on Behalf of Himself and All Other Stockholders of Central Zone Property Corporation, Similarly Situated, Appellant, v. Central Zone Realty, Inc., Respondent, et al., Defendants.— Order, so far as appealed from, unanimously affirmed in view of the decision of this court in appeal in *Eisenberg* v. *Central Zone Property Corp.* (*post*, p. 817, decided herewith). No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *post*, pp. 874, 875.]

Max Eisenberg, on Behalf of Himself and All Other Stockholders of Central Zone Property Corporation, Similarly Situated, Respondent, v. Central Zone Property Corporation, Appellant, et al., Defendants.— Order unanimously reversed, plaintiff's motion for judgment on the pleadings denied and defendant's cross motion granted. The complaint as amplified by the incorporated exhibits does not charge the proposal of an illegal plan. Each of the major phases of the plan was authorized by statute. The transfer to the Delaware corporation was authorized by section 20 of the Stock Corporation Law, subject of course to the right of appraisal in dissenting stockholders. The prospective dissolution of the New York corporation involving a distribution of securities was authorized by section 105 of the Stock Corporation Law subject, once again, to the right of appraisal of dissenting stockholders. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [203 Misc. 59.]

In the Matter of Joseph Holland, Appellant, against Joseph D. McGoldrick, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.

In the Matter of Raffaele Zeolla, Appellant, against Joseph D. McGoldrick, as State Rent Administrator, Respondent.— Order unanimously reversed and the original determination of the State Rent Administrator reinstated and confirmed unless the tenant agrees to assume the expense of the medical examination of the landlord's grandchild. After the examination the State Rent Administrator will then determine the *bona fides* of the landlord's application for eviction. The direction for payment by the landlord of the fee of the doctor was, in the circumstances, improper. Settle order on notice. Present — Dore, J. P., Cohn, Breitel and Bergan, JJ.